UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DONALD R. KNIGHT, JR. ] | |
|     Petitioner, ] | |
| ] | |
| v. ] | No. 3:11-0649 |
| ] | Judge Sharp |
| STATE OF TENNESSEE ] | |
|     Respondent. ] | |

## O R D E R

The Court is in receipt of a *pro se* prisoner petition (Docket Entry No.1) under 28 U.S.C. § 2254, for writ of habeas corpus.

The Court has conducted a preliminary review of the petition and finds that the petitioner has stated a colorable claim for relief. Rule 4, Rules --- § 2254 Cases. Accordingly, the respondent shall file an answer, plead or otherwise respond to the petition in conformance with Rule 5, Rules --- § 2254 Cases, within thirty (30) days of the date of entry of this order on the docket. The response shall state whether this case is a second or successive petition under 28 U.S.C. § 2244 (b)(3)(A). The respondent shall also address the question of whether the petition is timely.

The petitioner, within fourteen (14) days from the date of entry of this order, shall file a statement acknowledging whether he has filed any previous petitions under 28 U.S.C. § 2254 for a federal writ. If any previous petitions have been filed, the

petitioner shall identify each case by court, name, docket number and current status.

The Clerk is directed to serve a copy of the petition and this order by certified mail on the Attorney General of Tennessee. Rule 4, Rules --- § 2254 Cases.

It is so ORDERED.

_____
Kevin H. Sharp
United States District Judge